| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 18-17369-AMC

KYLE E  STOLARICK
3200 BYBERRY ROAD
HATBORO  PA   19040

Petition Filed Date: 11/06/2018
341 Hearing Date: 01/11/2019
Confirmation Date: 06/05/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2020 | $348.83 | 5133 | 01/16/2020 | $348.83 | 5139 | 02/18/2020 | $384.83 | 5143 |
| 03/17/2020 | $384.83 | 5003 | 04/23/2020 | $384.83 | 5008 | 05/18/2020 | $384.83 | 5015 |
| 06/16/2020 | $384.83 | 5019 | 07/13/2020 | $384.83 | 5027 | 08/27/2020 | $384.83 | 5030 |
| 09/28/2020 | $384.83 | 5033 | 10/22/2020 | $384.83 | 5038 | 11/17/2020 | $384.83 | 5041 |
| 12/17/2020 | $384.83 | 5047 | 01/15/2021 | $384.83 | 5050 | 02/25/2021 | $384.83 | 5053 |
| 03/17/2021 | $384.83 | 5056 | 05/06/2021 | $384.83 | 5061 | | | |

**Total Receipts for the Period: $6,470.11    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,275.02**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | WELTMAN WEINBERG & REIS CO LPA<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA N.A.<br>»» 004 | Mortgage Arrears | $16,613.91 | $7,043.09 | $9,570.82 |
| 1 | KEYBANK<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | SYNCHRONY BANK<br>»» 005 | Unsecured Creditors | $1,435.23 | $0.00 | $1,435.23 |
| 2 | McCULLOUGH EISENBERG LLC<br>»» 002 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

**Chapter 13 Case No. 18-17369-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,275.02 | Current Monthly Payment: | $384.83 |
| Paid to Claims: | $9,043.09 | Arrearages: | $841.66 |
| Paid to Trustee: | $885.58 | Total Plan Base: | $22,276.75 |
| Funds on Hand: | $346.35 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.