Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 18-17369-AMC**

KYLE E  STOLARICK  
3200 BYBERRY ROAD  
HATBORO  PA   19040

Petition Filed Date: 11/06/2018  
341 Hearing Date: 01/11/2019  
Confirmation Date: 06/05/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/06/2021 | $384.83 | 5061 | 06/11/2021 | $384.83 | 5008 | 07/21/2021 | $385.84 | 5071 |
| 08/18/2021 | $384.83 | 5019 | 09/22/2021 | $384.83 | 5024 | 10/07/2021 | $384.83 | 5026 |
| 01/06/2022 | $384.83 | 5039 | 01/06/2022 | $384.83 | 5090 | 01/12/2022 | $72.00 | 5093 |
| 01/20/2022 | $384.83 | 5042 | 02/01/2022 | $384.83 | 5095 | 02/17/2022 | $384.83 | 5101 |
| 03/21/2022 | $384.83 | 5108 | 04/20/2022 | $384.83 | 5112 | 05/20/2022 | $384.83 | 5071 |
| 06/24/2022 | $384.83 | 5124 | 07/21/2022 | $384.83 | 5128 | | | |

**Total Receipts for the Period: $6,230.29    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $16,120.48**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | WELTMAN WEINBERG & REIS CO LPA<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA  N.A.<br>»» 004 | Mortgage Arrears | $16,613.91 | $12,028.35 | $4,585.56 |
| 1 | KEYBANK N.A.<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | SYNCHRONY BANK<br>»» 005 | Unsecured Creditors | $1,435.23 | $0.00 | $1,435.23 |
| 2 | McCULLOUGH EISENBERG LLC<br>»» 002 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

**Chapter 13 Case No. 18-17369-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,120.48 | Current Monthly Payment: | $384.83 |
| Paid to Claims: | $14,028.35 | Arrearages: | ($1.01) |
| Paid to Trustee: | $1,384.05 | Total Plan Base: | $22,276.75 |
| Funds on Hand: | $708.08 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.