### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kyle E. Stolarick<br>　　　　　Debtor(s) | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-S2<br>　　　　　Movant<br>vs. | NO. 18-17369 AMC |
| Kyle E. Stolarick<br>　　　　　Debtor(s) | 11 U.S.C. Sections 362 |
| Scott F. Waterman<br>　　　　　Trustee | |

### ORDER

AND NOW, this ____ day of _____, 2023 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on *December 27, 2022* does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: February 8, 2023**

_____
United States Bankruptcy Judge.