United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-17369-amc
Kyle E. Stolarick     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Feb 08, 2023     Form ID: pdf900     Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kyle E. Stolarick, 3200 Byberry Road, Hatboro, PA 19040-3502 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 08 2023 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 08 2023 23:58:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2023 00:03:40 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2023 00:03:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: BKRMailOps@weltman.com | Feb 08 2023 23:59:00 | Weltman, Weinberg & Reis Co., LPA, 325 Chestnut St Ste 501, Philadelphia, PA 19106-2605 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2023     Signature:     /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 08, 2023 | Form ID: pdf900 | Total Noticed: 7 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2023 at the address(es) listed below:**

**Name**  **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as The Trustee for The Benefit of The Certificateholders of The Cwheq Inc., Home Equity Loan Asset-Backed Certificates, Series 2006-S2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor THE BANK OF NEW YORK MELLON et.al. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN THOMAS LANGFORD
on behalf of Creditor Weltman Weinberg & Reis Co., LPA PitEcf@weltman.com

CAROL B. MCCULLOUGH
on behalf of Debtor Kyle E. Stolarick mcculougheisenberg@gmail.com cbmccullough64@gmail.com

DENISE ELIZABETH CARLON
on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as The Trustee for The Benefit of The Certificateholders of The Cwheq Inc., Home Equity Loan Asset-Backed Certificates, Series 2006-S2 bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor THE BANK OF NEW YORK MELLON et.al. bkgroup@kmllawgroup.com

JEROME B. BLANK
on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as The Trustee for The Benefit of The Certificateholders of The Cwheq Inc., Home Equity Loan Asset-Backed Certificates, Series 2006-S2 jblank@pincuslaw.com

JEROME B. BLANK
on behalf of Creditor THE BANK OF NEW YORK MELLON et.al. jblank@pincuslaw.com

MARIO J. HANYON
on behalf of Creditor THE BANK OF NEW YORK MELLON et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

POLLY A. LANGDON
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

SHERRI J. SMITH
on behalf of Creditor THE BANK OF NEW YORK MELLON et.al. ssmith@pincuslaw.com, brausch@pincuslaw.com

THOMAS SONG
on behalf of Creditor THE BANK OF NEW YORK MELLON et.al. tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kyle E. Stolarick<br>         Debtor(s) | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-S2<br>         Movant<br>vs. | NO. 18-17369 AMC |
| Kyle E. Stolarick<br>         Debtor(s) | 11 U.S.C. Sections 362 |
| Scott F. Waterman<br>         Trustee | |

**ORDER**

AND NOW, this ___ day of _____, 2023 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on <u>December 27, 2022</u> does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: February 8, 2023**

_____
United States Bankruptcy Judge.