United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kyle E. Stolarick  
    Debtor

Case No. 18-17369-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 09, 2023      Form ID: pdf900      Total Noticed: 16

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kyle E. Stolarick, 3200 Byberry Road, Hatboro, PA 19040-3502 |
| 14231057 | | Key Bank, 1 Penn Center at Suburban Sta # 1617, Philadelphia, PA 19106 |
| 14244366 | + | KeyBank, NA as s/b/m/ to First Niagara Bank, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14245338 | + | McCullough Eisenberg, LLC., 65 West Street Road, Suite A-204, Warminster Pa 18974-3229 |
| 14248497 | + | THE BANK OF NEW YORK MELLON, C/O JEROME B. BLANK, Phelan Hallinan & Schmieg LLP, 1617 JFK Boulevard, Philadelphia, PA 19103-1821 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 09 2023 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 09 2023 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 09 2023 23:53:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | Email/Text: BKRMailOps@weltman.com | Mar 09 2023 23:53:00 | Weltman, Weinberg & Reis Co., LPA, 325 Chestnut St Ste 501, Philadelphia, PA 19106-2605 |
| 14428006 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2023 00:04:44 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14226833 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 10 2023 00:04:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14258000 | + | Email/Text: bncmail@w-legal.com | Mar 09 2023 23:53:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14413628 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2023 00:04:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14257157 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 09 2023 23:53:00 | THE BANK OF NEW YORK MELLON FKA THE BANK, Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14567168 | ^ | MEBN | Mar 09 2023 23:51:42 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14246087 | + | Email/Text: BKRMailOps@weltman.com | Mar 09 2023 23:53:00 | Weltman, Weinberg and Reis Co., LPA, 965 Keynote Circle, Brooklyn Hts, OH 44131-1829 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14231056 | | 18-17369 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2023              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor THE BANK OF NEW YORK MELLON et.al. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as The Trustee for The Benefit of The Certificateholders of The Cwheq Inc., Home Equity Loan Asset-Backed Certificates, Series 2006-S2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN THOMAS LANGFORD | on behalf of Creditor Weltman Weinberg & Reis Co., LPA PitEcf@weltman.com |
| CAROL B. MCCULLOUGH | on behalf of Debtor Kyle E. Stolarick mcculloughheisenberg@gmail.com cbmccullough64@gmail.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as The Trustee for The Benefit of The Certificateholders of The Cwheq Inc., Home Equity Loan Asset-Backed Certificates, Series 2006-S2 bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor THE BANK OF NEW YORK MELLON et.al. bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as The Trustee for The Benefit of The Certificateholders of The Cwheq Inc., Home Equity Loan Asset-Backed Certificates, Series 2006-S2 jblank@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor THE BANK OF NEW YORK MELLON et.al. jblank@pincuslaw.com |
| MARIO J. HANYON | on behalf of Creditor THE BANK OF NEW YORK MELLON et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

District/off: 0313-2     User: admin     Page 3 of 3
Date Rcvd: Mar 09, 2023     Form ID: pdf900     Total Noticed: 16

SHERRI J. SMITH
           on behalf of Creditor THE BANK OF NEW YORK MELLON  et.al. ssmith@pincuslaw.com, brausch@pincuslaw.com

THOMAS SONG
           on behalf of Creditor THE BANK OF NEW YORK MELLON  et.al. tomysong0@gmail.com

United States Trustee
           USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Kyle E. Stolarick | : | |
| Debtor(s) | : | Bky. No. 18-17369-amc |

## ORDER DISMISSING CHAPTER 13 CASE

**WHEREAS**, the Debtor(s) has/have filed a Praecipe to Dismiss Case (which shall be treated as a Motion filed under 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013), requesting dismissal of this case and the court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. § 706, 1112 or § 1208,

It is hereby **ORDERED** that any wage orders presently in effect are **VACATED** and this case is **DISMISSED**.

Date: March 8, 2023

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**